AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Beverly Watson, on behalf of herself and all others similarly situated,

*Plaintiff*

v.

Robert A. McDonald, in his official capacity as Secretary of Veterans Affairs; Timothy McMurry, in his official capacity as the Medical Director of William Jennings Bryan Dorn VA Medical Center; Ruth Mustard, RN in her official capacity as the Associate Director for Patient Care/Nursing Services of William Jennings Bryan Dorn VA Medical Center; David L. Omura, in his official capacity as the Associate Director of William Jennings Bryan Dorn VA Medical Center; Jon Zivony, in his official capacity as the Assistant Director of William Jennings Bryan Dorn VA Medical Center; Sue Panfil, in her official capacity as the Privacy Officer of William Jennings Bryan Dorn VA Medical Center,

*Defendants*

Civil Action No.     3:14-3594-TLW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■  other:    The plaintiff, Beverly Watson, shall take nothing from the above named defendants, as to her complaint filed pursuant to 05 U.S.C. 552, and this action is dismissed without prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

■ Decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, having granted defendants' motion to dismiss.

Date:     June 15, 2015                              *CLERK OF COURT*

                                                      s/Karen G Boston
                                                      *Signature of Clerk or Deputy Clerk*